UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MICHAEL C. SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:16-CV-273 |
| ) | |
| UNITED STATES FOREST SERVICE, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated September 20, 2016. In that Report and Recommendation, the Magistrate Judge recommends that the Plaintiff's Application to Proceed Without Prepayment of Fees, [Doc. 2], be DENIED. No objections have been filed to the Report and Recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 5]. The plaintiff shall have 30 days from the entry of this Order to pay the filing fee or the matter will be dismissed for failure to prosecute.

E N T E R:

                                                 s/J. RONNIE GREER
                                   UNITED STATES DISTRICT JUDGE